NOVEMBER 5, 1976.

371 A.2d 502

Alexander & Alexander, Inc. v. Central Penn
National Bank (et al., Appellants) et al.

Argued September 21, 1976. Michael John Daniels, with him Berg & Daniels, for appellants; Arnold H. Rosenberg, with him David R. Rosenfeld, for appellees.

Order affirmed.

371 A.2d 502

B. F. Stapelfeld, Inc. v. Huntingdon Area
School Authority.

Argued September 21, 1976. Stewart L. Kurtz, with him Kurtz & Crafts, for appellant; Martin Goodman, with him Goodman, Notopoulos & Silverman, for appellee.

Order affirmed.